IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARK BORDEN**                                          **PLAINTIFF**

v.                                            **CAUSE NO. 1:19cv563-LG-RPM**

**HARRISON COUNTY**                            **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on submission of the [24] Proposed Findings of Fact and Recommendation entered by United States Magistrate Judge Robert P. Myers, Jr., entered in this cause on August 27, 2020. The Court, having adopted said Proposed Findings of Fact and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 14th day of September, 2020.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE